GOB Scan 03/18/2014:10:01:53

# United States District Court Violation Notice

CVB Location Code: CC37

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3679195 | TILGHMAN | 1052 |

3679195

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 0800 02/10/2014 | 21 USC 844 |

Place of Offense: PLEASANT VALLEY GATE PORT HUENEME CA. NAVAL BASE VENTURA COUNTY

Offense Description: Factual Basis for Charge — HAZMAT ☐

21 USC 844
SIMPLE POSSESSION

DEFENDANT INFORMATI[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| HERNANDEZ | JORGE | A |

[redacted]

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| 7BRL676 | CA | 05 | HONDA ODYSSEY | SIL |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ ______ Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

(Rev. 01/2011) CCN 14481140053 Original - CVB Copy ENCLOSURE 1

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on FEBRUARY 10 20 14 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

PC SEE REPORT # 14481140C053 ATTACHED HERE TO, INCORPORATED BY REFERENCE HERE IN.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/10/2014 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident